AO 91 (5/85) Criminal Complaint

# United States District Court

SOUTHERN     DISTRICT OF     OHIO

FILED
JAN 1 6 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA
V.
SHAWN PAUL DOYLE
Race: White, Sex: Male
DOB: 07/13/1974; SSN: 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
(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 1:05MJ00009

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 14, 2005__ in __Hamilton__ county, in the __Southern__ District of __Ohio__ defendant(s) did,(Track Statutory Language of Offense)

    knowingly, willfully, and unlawfully, possess with intent to distribute in excess of 5 grams of cocaine base (crack), a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & (b)(1)(B)__

I further state that I am a __Special Agent, FBI__ and that this complaint is based on the following facts:

On 01/14/2005, SHAWN PAUL DOYLE was operating a 1994 Cadillac motor vehicle, maroon in color, in Clermont County, Ohio. The automobile was stopped by the Ohio State Patrol (OSP). Federal Bureau Of Investigation (FBI) Special Agents (SAs) and Task Force Officers (TFOs) were present during the vehicle stop made by OSP. An OSP Narcotics Detection Canine was utilized to sweep the exterior of the 1994 Cadillac and it alerted on the vehicle, indicating that the odor of Illegal Narcotics was present in the automobile at that time. DOYLE was arrested by the FBI SAs and TFOs on Probable Cause that he was Trafficking Illegal Drugs; specifically, Crack Cocaine, with intent to distribute it later that evening and, further, it was believed that those Illegal Drugs were currently on his person and in his vehicle.

Coninued on the attached sheet and made a part hereof:    Yes

                                        Signature of Complainant
                                        C. J. Freihofer, SA, FBI

Sworn to before me and subscribed in my presence,

__1/16/05 @ 3:00 p.m.__          at     CINCINNATI, OH
Date                                     City and State

__Honorable Timothy S. Black, U.S. Magistrate Judge__    Timothy S. Black
Name & Title of Judicial Officer                        Signature of Judicial Officer

Attachment to Criminal Complaint

The FBI and OSP transported DOYLE to the FBI Office, Cincinnati, Ohio. Subsequent to the Arrest and transport of DOYLE, a total of approximately 20 grams of Crack Cocaine was discovered on DOYLE himself, as well as in the backseat area of the OSP vehicle that transported DOYLE. The quantity of the Illegal Drug, and its packaging in small plastic baggies, were consistent with the Possession of the Illegal Drugs for Distribution.

On 01/15/2005, a U.S. District Court Search Warrant, Southern District of Ohio, Cincinnati, Ohio, was executed at the residence of SHAWN PAUL DOYLE, 2391 Wilder Avenue, Upper Level, Lower Price Hill area, Cincinnati, Hamilton County, Ohio. The execution of the Search Warrant revealed the following: approximately 20 grams of Crack Cocaine; U.S. Currency in the amount of $1427; materials and other remnants of materials which are consistent to those utilized in the production of Crack Cocaine; as well as packaging items commonly used in the storage and distribution of Crack Cocaine.